UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT N. KLASKIN and § Case No. 09-23876
SHARON HORWATH-KLASKIN § Hon. JACQUELINE P. COX
§ Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30a.m. on 2/25/2010 in Courtroom 619, Dirksen Federal Building Courthouse, 219 S. Dearborn Street, Chicagok IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: Clerk of the United States Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ROBERT N. KLASKIN and
SHARON HORWATH-KLASKIN

Case No. 09-23876
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $48,509.60 |
| and approved disbursements of | $0.00 |
| leaving a balance on hand of [1] | $48,509.60 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee   ALLAN J. DeMARS | $5,600.96 | $24.14 |
| Attorney for trustee   ALLAN J. DeMARS | $5,241.75 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant   LOIS WEST/POPOWCER KATTEN, LTD. | $1,032.00 | |
| Special Attorney for trustee | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $250,529.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $10,161.72 | $1,484.97 |
| 2 | Discover Bank | $6,592.16 | $963.33 |
| 3 | Advanta Bank Corp | $17,094.37 | $2,496.06 |
| 4 | Chase Bank USA NA | $15,569.28 | $2,275.19 |
| 5 | Chase Bank USA NA | $11,575.58 | $1,691.58 |
| 6 | Chase Bank USA NA | $7,614.43 | $1,112.72 |
| 7 | Chase Bank USA NA | $6,692.78 | $978.04 |
| 8 | Chase Bank USA NA | $5,159.44 | $753.97 |
| 9 | American Express Centurian Bank | $4,226.48 | $617.63 |
| 10 | American Express Bank FSB | $5,339.43 | $780.27 |
| 11 | American Express Bank FSB | $9,362.36 | $1,368.15 |
| 12 | American Express Bank FSB | $7,638.88 | $1,116.29 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 13 | Sleep & Behavior Medicine Inst. | $1,225.84 | $179.14 |
| 14 | PYOD LLC assignee of Citibank | $1,876.65 | $274.24 |
| 16 | FIA Card Services successor to Bank of America and MBNA | $8,298.36 | $1,212.67 |
| 17 | FIA Card Services successor to Bank of America and MBNA | $45,798.81 | $6,692.74 |
| 18 | US Bank NA | $27,828.18 | $4,066.62 |
| 19 | Marlin Business Leasing | $17,614.94 | $2,574.13 |
| 20 | US Bank NA | $18,081.79 | $2,642.35 |
| 21 | Fifth Third Bank | $22,778.27 | $3,328.66 |

Tardily filed claims of general (unsecured) creditors totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____$0.00_____.

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch               Page 1 of 2             Date Rcvd: Jan 11, 2010
Case: 09-23876                Form ID: pdf006            Total Noticed: 45

The following entities were noticed by first class mail on Jan 13, 2010.
db/jdb       +Robert N Klaskin,   Sharon Horwath-Klaskin,   1318 E. Waverly Place,
               Arlington Heights, IL 60004-2723
aty          +Robert R Benjamin,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
               Chicago, IL 60604-2686
tr           +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
14112450    ++ADVANTA,   WELSH AND MCKEAN RD,   P O BOX 844,   SPRING HOUSE PA 19477-0844
              (address filed with court: Advanta Bank Corp,   PO Box 8088,   Philadelphia, PA 19101-8088)
14400019     Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14112453    +American Express,   c/o Zwicker & Associates PC,   80 Minuteman Road,   Andover, MA 01810-1008
14112451     American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
14452578     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14452575     American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
14112454     Bank of America,   101 N. Tryon St.,   NC1-001-07-06,   Charlotte, NC 28255-0001
14112457     Bank of America,   PO Box 15027,   Wilmington, DE 19850-5027
14112455     Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
14112456     Bank of America,   c/o Client Services, Inc.,   3451 Harry Truman Blvd.,
               Saint Charles, MO 63301-4047
14112458    +Capital One,   PO Box 5155,   Norcross, GA 30091-5155
14112459    +Capital One Bank USA, NA,   PO Box 5155,   Norcross, GA 30091-5155
14424125     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14112461     Chase Cardmember Service,   P.O. Box 15129,   Wilmington, DE 19850-5129
14112460    +Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
14112462    +Chase Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
14112463     Citi,   PO Box 183113,   Columbus, OH 43218-3113
14112464    +CitiMortgage,   PO Box 183040,   Columbus, OH 43218-3040
14528623     FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14112467    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   Madisonville Operations Center,   IMOC2Y,
               Cincinnati, OH 45263-0001)
14112468    +Fifth Third Bank,   PO Box 630337,   Cincinnati, OH 45263-0337
14763478    +Fifth Third Bank,   c/o Michael Alch,   990 S. Waukegan Road,   Lake Forest, IL 60045-2655
14112469    +Great-West Life Assurance,   PO Box 85056,   Lincoln, NE 68501-5056
14112470     HFC,   PO Box 17574,   Baltimore, MD 21297-1574
14112471    +Homecomings Financial,   PO Box 780,   Waterloo, IA 50704-0780
14112472     Marlin Business Bank,   PO Box 13604,   Philadelphia, PA 19101-3604
14678460    +Marlin Business Lending,   300 Fellowship Rd.,   Mt. Laurel, NJ 08054-1201
14112473    +Omni Cancun Vacation Club,   9500 S. Dadeland Blvd.,   Suite 3000,   Miami, FL 33156-2824
14473513    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
14112474    +Rochelle H. Klaskin,   2604 Kendall,   Madison, WI 53705-3736
14112476    +Sears Credit Cards,   PO Box 183081,   Columbus, OH 43218-3081
14112475    +Sears Credit Cards,   Premier Gold Mastercard,   PO Box 183082,   Columbus, OH 43218-3082
14472487    +Sleep and Behavior Medicine Inst.,   c/o Dr. Alexander Z. Golbin,   565 Lakeview Parkway,
               Suite 105,   Vernon Hills, IL 60061-1840
14619864    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,   P.O. Box 5229,   Cincinnati, OH 45201)
14112477     US Bank,   PO Box 5227, CN-OH-W15,   Cincinnati, OH 45202-5227
14112478     US Bank,   PO Box 709408,   Saint Louis, MO 63179-0408
14603370    +Village Bank & Trust,   234 West Northwest Highway,   Arlington Heights, IL 60004-5934
14112480     WaMu,   PO Box 660487,   Dallas, TX 75266
14112479    +WaMu,   990 S. Second St.,   Coos Bay, OR 97420-1405

The following entities were noticed by electronic transmission on Jan 11, 2010.
14355915     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2010 01:01:42     DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14112465     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2010 01:01:42     Discover,   PO Box 30943,
               Salt Lake City, UT 84130
14112466     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 12 2010 01:01:42     Discover Card,   PO Box 30943,
               Salt Lake City, UT 84130
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14112452*    American Express,   Box 0001,   Los Angeles, CA 90096-0001
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: lhatch           Page 2 of 2           Date Rcvd: Jan 11, 2010
Case: 09-23876                Form ID: pdf006        Total Noticed: 45

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2010**                              **Signature:**    *Joseph Speetjens*