**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ROBERT N. KLASKIN and SHARON HORWATH KLASKIN

Case No. 09-B-23876
HON. JACQUELINE P. COX
Chapter 7

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $353,047.04 | Assets Exempt: | $117,550.91 |
| Total Distributions to Claimants: | $36,610.75 | Claims Discharged Without Payment: | $460,104.95 |
| Total Expenses of Administration: | $11,898.85 | | |

3) Total gross receipts of $48,509.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $48,509.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $392,059.46 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,898.85 | $11,898.85 | $11,898.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $427,756.56 | $250,529.75 | $250,529.75 | $36,610.75 |
| **TOTAL DISBURSEMENTS** | $819,816.02 | $262,428.60 | $262,428.60 | $48,509.60 |

4) This case was originally filed under chapter 7 on 06/30/2009.
The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2010                    By: /s/ ALLAN J. DeMARS
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| repayment of prefrerences | 1241-000 | $4,825.84 |
| liquidation of account in Klaskin living trust | 1129-000 | $43,679.96 |
| interest on invested funds | 1270-000 | $3.80 |
| **TOTAL GROSS RECEIPTS** | | **$48,509.60** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 6 creditors scheduled | | $392,059.46 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$392,059.46** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $5,600.96 | $5,600.96 | $5,600.96 |
| ALLAN J. DeMARS | 2200-000 | N/A | $24.14 | $24.14 | $24.14 |
| ALLAN J. DeMARS | 3100-000 | N/A | $5,241.75 | $5,241.75 | $5,241.75 |
| LOIS WEST/ POPOWCER KATTEN LLC | 3410-000 | N/A | $1,032.00 | $1,032.00 | $1,032.00 |
|  |  |  |  |  |  |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | N/A |  |  |  |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE |  | N/A | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES |  | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE |  | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 14 scheduled creditors with no claim filed |  | $246,185.95 | $0.00 | $0.00 | $0.00 |
| claims 9,16 not scheduled but filed | 7100-900 | $0.00 | $12,524.84 | $12,524.84 | $1,830.30 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| claim 13 not scheduled but filed | 7100-000 | $0.00 | $1,225.84 | $0.00 | $179.14 |
| claims 1,2,3,4,5,6,7,8,10,11,12,14,17 | 7100-900 | $140,311.65 | $150,475.89 | $0.00 | $21,989.55 |
| claims 18,19,20,21 | 7100-000 | $86,258.97 | $86,303.18 | $86,303.18 | $12,611.76 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $427,756.56 | $250,529.75 | $250,529.75 | $36,610.75 |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT A — FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 09-23876                                                                   Trustee Name: Allan J. DeMars

Case Name: ROBERT N. and SHARON H. KLASKIN                                          Date Filed (f) or Converted (c): 6/30/09 (F)

For Period Ending: 12/31/09                                                         §341(a) Meeting Date: 8/12/09

                                                                                    Claims Bar Date: 11/23/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  residence located at 1318 E. Waverly Place, Arlington Heights, IL | 350,000.00 | 0.00 | DA | | FA |
| 2  time share | 640.00 | 0.00 | DA | | FA |
| 3  Village Bank & Trust checking account | 300.00 | 0.00 | DA | | FA |
| 4  Village Bank & Trust checking account | 35.00 | 0.00 | DA | | FA |
| 5  Charter One | 100.00 | 0.00 | DA | | FA |
| 6  Irrevocable Family Insurance Trust | 109.00 | 0.00 | DA | | FA |
| 7  household goods | 4,000.00 | 0.00 | DA | | FA |
| 8  wearing apparel | 400.00 | 0.00 | DA | | FA |
| 9  jewelry | 2,000.00 | 0.00 | DA | | FA |
| 10 Great West Ins. Co. | 923.00 | 0.00 | DA | | FA |
| 11 Genworth Life Ins. | 0.00 | 0.00 | DA | | FA |
| 12 New York Life Ins. | 0.00 | 0.00 | DA | | FA |
| 13 Pershing IRA | 11,958.16 | 0.00 | DA | | FA |
| 14 Klaskin & Klaskin, Ltd. 401k | 1,208.96 | 0.00 | DA | | FA |
| 15 Pershing IRA | 14,079.70 | 0.00 | DA | | FA |
| 16 Pershing IRA | 3,724.45 | 0.00 | DA | | FA |
| 17 Americo IRA | 10,675.04 | 0.00 | DA | | FA |
| 18 Allianz IRA | 32,832.83 | 0.00 | DA | | FA |
| 19 Klaskin & Klaskin 401k | 3,013.77 | 0.00 | DA | | FA |
| 20 2001 Subaru Forrester | 6,000.00 | 0.00 | DA | | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Robert N. Klaskin Living Trust | 72,278.00 | | 0.00 | 43,679.96 | FA |
| 22 | recovery of preferences(u) | 0.00 | | 4,825.84 | 4,825.84 | FA |
| 22 | interest on invested funds | | | | 3.80 | |

TOTALS (Excluding unknown values)                29,825.84                48,509.60

(Total Dollar Amount in Column 6)

Major activities affecting case closing: preference recovery; liquidation of trust

Initial Projected Date of Final Report (TFR):_____12/09_____    Current Projected Date of Final Report (TFR): ___12/15/09_____

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 09 B 23876
Case Name: ROBERT N. and SHARON H. KLASKIN
Taxpayer ID#: 27-6221319
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: Bank of America
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 1146

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 9/21/09 | Ref 22 | Sleep & Behavior Medicine Institute | repayment of preference | 1241-000 | 1,225.84 | | 1,225.84 |
| 9/22/09 | Ref 22 | David E. Feldman | repayment of preference | 1241-000 | 2,000.00 | | 3,225.84 |
| 9/29/09 | Ref 21 | Royal Alliance | partial liquidation of account in the Robert N. Klaskin living trust | 1129-000 | 17,340.96 | | 20,566.80 |
| 9/30/09 | Ref 23 | Bank of America | interest on invested funds | 1270-000 | 0.07 | | 20,566.87 |
| 10/7/09 | Ref 22 | Pathfinder Brain Spect | repayment of preference | 1241-000 | 1,600.00 | | 22,166.87 |
| 10/26/09 | Ref 21 | Allianz | partial liquidation of account in Robert N. Klaskin living trust | 1129-000 | 26,339.00 | | 48,505.87 |
| 10/31/09 | Ref 23 | Bank of America | interest on invested funds | 1270-000 | 2.13 | | 48,508.00 |
| 11/13/09 | Ref 23 | Bank of America | interest on invested funds | 1270-000 | 1.60 | | 48,509.60 |
| BALANCE CARRIED FORWARD INTO 2010 | | | | | | | 48,509.60 |
| 2/25/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 5,600.96 | 42,908.64 |
| 2/25/10 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 24.14 | 42,884.50 |
| 2/25/10 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 5,241.75 | 37,642.75 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 2/25/10 | Check 1004 | Lois West/Popowcer Katten, Ltd | accountants' fees | 3410-000 | | 1,032.00 | 36,610.75 |
| 2/25/10 | Check 1005 | Discover Bank | 726(a)(2); 14.61333% | 7100-900 | | 1,484.97 | 35,125.78 |
| 2/25/10 | Check 1006 | Discover Bank | 726(a)(2); 14.61333% | 7100-900 | | 963.33 | 34,162.45 |
| 2/25/10 | Check 1007 | Advanta Bank Corp. | 726(a)(2); 14.61333% | 7100-900 | | 2,498.06 | 31,664.39 |
| 2/25/10 | Check 1008 | Chase Bank USA NA | 726(a)(2); 14.61333% | 7100-900 | | 2,275.19 | 29,389.20 |
| 2/25/10 | Check 1009 | Chase Bank USA NA | 726(a)(2); 14.61333% | 7100-900 | | 1,691.58 | 27,697.62 |
| 2/25/10 | Check 1010 | Chase Bank USA NA | 726(a)(2); 14.61333% | 7100-900 | | 1,112.72 | 26,584.90 |
| 2/25/10 | Check 1011 | Chase Bank USA NA | 726(a)(2); 14.61333% | 7100-900 | | 978.04 | 25,606.86 |
| 2/25/10 | Check 1012 | Chase Bank USA NA | 726(a)(2); 14.61333% | 7100-900 | | 753.97 | 24,852.89 |
| 2/25/10 | Check 1013 | American Express Centurian Bank | 726(a)(2); 14.61333% | 7100-900 | | 617.63 | 24,235.26 |
| 2/25/10 | Check 1014 | American Express Bank FSB | 726(a)(2); 14.61333% | 7100-900 | | 780.27 | 23,454.99 |
| 2/25/10 | Check 1015 | American Express Bank FSB | 726(a)(2); 14.61333% | 7100-900 | | 1,368.15 | 22,086.84 |
| 2/25/10 | Check 1016 | American Express Bank FSB | 726(a)(2); 14.61333% | 7100-900 | | 1,116.29 | 20,970.55 |
| 2/25/10 | Check 1017 | Sleep & Behavior Medicine Inst. | 726(a)(2); 14.61333% | 7100-000 | | 179.14 | 20,791.41 |
| 2/25/10 | Check 1018 | PYOD LLC assignee of Citibank | 726(a)(2); 14.61333% | 7100-900 | | 274.24 | 20,517.17 |
| 2/25/10 | Check 1019 | FIA Card Services successor to Bank of America & MBNA | 726(a)(2); 14.61333% | 7100-900 | | 1,212.67 | 19,304.50 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 2/25/10 | Check 1020 | FIA Card Services successor to Bank of America & MBNA | 726(a)(2); 14.61333% | 7100-900 | | 6,692.74 | 12,611.76 |
| 2/25/10 | Check 1021 | US Bank NA | 726(a)(2); 14.61333% | 7100-000 | | 4,066.62 | 8,545.14 |
| 2/25/10 | Check 1022 | Marlin Business Leasing | 726(a)(2); 14.61333% | 7100-000 | | 2,574.13 | 5,971.01 |
| 2/25/10 | Check 1023 | US Bank NA | 726(a)(2); 14.61333% | 7100-000 | | 2,642.35 | 3,328.66 |
| 2/25/10 | Check 1024 | Fifth Third Bank | 726(a)(2); 14.61333% | 7100-000 | | 3,328.66 | 0.00 |
| | | | | COLUMN TOTALS | 48,509.60 | 48,509.60 | 0.00 |